UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


AL-KARIM MOHAMMED-ABBAS
AL-MUTAWAKEL,

    Plaintiff,

        CIVIL NO. 2:08-cv-10382

  -vs-

        HON. PAUL D. BORMAN
INS,        MAG. PAUL J. KOMIVES

    Defendant.
_____/

## ORDER FOR EXTENSION OF TIME
## TO RESPOND TO COMPLAINT

In accordance with the parties' stipulation, the time for the defendant to respond to the Complaint filed in this action is extended to June 20, 2008.


    S/Paul D. Borman
    PAUL D. BORMAN
    UNITED STATES DISTRICT JUDGE

Dated: April 22, 2008

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on April 22, 2008.


    S/Denise Goodine
    Case Manager